AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JASON SANFORD,

                Plaintiff

v.                                              **Civil Action No.** 1:16cv128

THOR INDUSTRIES, INC.,
DS CORP, *doing business as*
*Crossroads RV,*

                Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: Judgment entered in favor of Defendants, Thor Industries, Inc., and DS Corp., doing business as Crossroads RV, and against Plaintiff, Jason Sanford.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Theresa L. Springmann on a Motion for Summary Judgment by Defendants.

DATE: February 9, 2018                          ROBERT N. TRGOVICH, CLERK OF COURT

                                                                     By: s/ L. Higgins-Conrad
                                                                           *Signature of Deputy Clerk*